UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Sharrone Brayboy**                               Docket No. 7:17-CR-166-1H

**Petition for Action on Supervised Release**

COMES NOW Henry Ponton, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Sharrone Brayboy, who, upon an earlier plea of guilty to Felon in Possession of Firearm in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2), was sentenced by the Honorable Howard F. Sachs, U.S. District Judge in the Western District of Missouri, on January 8, 2016, to the custody of the Bureau of Prisons for a term of 37 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Sharrone Brayboy was released from custody on September 05, 2017, at which time the term of supervised release commenced.

On October 4, 2017, a violation report was submitted to the Western District of Missouri. The report alleged that on September 18, 2017, the defendant submitted a urinalysis sample. The sample was sent to Alere Laboratories for confirmation testing and confirmed positive for marijuana and methamphetamine. No action was requested to allow the defendant an opportunity to comply with substance abuse testing and treatment. At that time, transfer of jurisdiction was requested to effectively address any future noncompliance concerns.

On December 22, 2017, jurisdiction of the defendant's case was transferred to the Eastern District of North Carolina and assigned to the Honorable Malcolm J. Howard, Senior U.S. District Judge.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On November 1, 2017, the defendant reported to the probation office and submitted a urinalysis sample. The sample was sent to Alere Laboratories for confirmation testing, and was confirmed positive for marijuana on November 6, 2017. The defendant reported to the probation office on November 27, 2017. At that time, he subsequently signed an admission form confirming his use of marijuana. He submitted a subsequent urinalysis sample on November 27, 2017. This sample was confirmed by Alere Laboratories to be negative for all illegal substances.

On February 1, 2018, the defendant reported to the probation office and provided a urinalysis sample. A handheld device was used to test the sample, and it tested positive for marijuana. The defendant signed an admission form, confirming his use of marijuana on or about January 31, 2018. The sample has been sent to Alere Laboratories for confirmation testing.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 6 days, as arranged by the probation office and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

Sharrone Brayboy
Docket No. 7:17-CR-166-1H
Petition For Action
Page 2

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Eddie J. Smith
Eddie J. Smith
Supervising U.S. Probation Officer

/s/ Henry Ponton
Henry Ponton
U.S. Probation Officer
150 Rowan Street Suite 110
Fayetteville, NC 28301
Phone: 910-354-2536
Executed On: February 01, 2018

## ORDER OF THE COURT

Considered and ordered this 5th day of February 2018, and ordered filed and made a part of the records in the above case.

Malcolm J. Howard
Senior U.S. District Judge